Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | |
| 05-00207-01-CR-W-RK | |
| DOCKET NUMBER *(Rec. Court)* | |
| **2:23-cm-80012-DDC** | |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JOSEPH R. GROOMS | Western District of Missouri | Kansas City |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Roseann A. Ketchmark |

| DATES OF PROBATION /SUPERVISED RELEASE: | From 03/19/2021 | To 03/18/2026 |
|---|---|---|

**OFFENSE**

Felon in Possession of Firearms - 18 U.S.C. 922(g)(1) and 924(e)(1)
Possession with Intent to Distribute Cocaine - 21 U.S.C. 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute Methamphetamine - 21 U.S.C. 841(a)(1) and (b)(1)(C)

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for DISTRICT OF KANSAS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

01/03/2023
Date

*/s/ Roseann A. Ketchmark*

ROSEANN A. KETCHMARK
U.S. DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

01/03/2023
Effective Date

s/ Daniel D. Crabtree

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA, )
 )
    Plaintiff, )
 )
   v. ) No. _____
 ) Count One
JOSEPH R. GROOMS, ) 18 U.S.C. §§ 922(g)(1) and 924(e)(1)
[DOB: XX/XX/1976], ) NLT:  Fifteen Years Imprisonment;
 ) NMT:  Life Imprisonment;
 ) $250,000 Fine; and Five Years of
     Defendant. ) Supervised Release

Counts Two and Three
21 U.S.C. § 841(a)(1) and (b)(1)(C)
NMT:  Twenty Years of Imprisonment;
$1,000,000 Fine; Three Years of Supervised
Release; and

$100 Mandatory Special Assessment
for Each Count

I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about January 28, 2005, in the Western District of Missouri, the defendant,

JOSEPH R. GROOMS, having been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, a

Smith & Wesson, Model 622, .22 caliber pistol, Serial Number UAF0101, and a Cobra,

Model CA-380, .380 caliber pistol, Serial Number CP013160, both of which had been

transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## COUNT TWO

On or about January 28, 2005, in the Western District of Missouri, the defendant, JOSEPH R. GROOMS, did knowingly and intentionally possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, a  Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about January 28, 2005, in the Western District of Missouri, the defendant, JOSEPH R. GROOMS, did knowingly and intentionally possess with intent to distribute, a mixture and substance containing a detectable amount of methamphetamine, a  Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL.


  6/7/05                                              /s/ Foreperson
        DATE                          FOREPERSON OF THE GRAND JURY


 /s/ Rudolph R. Rhodes, IV
Rudolph R. Rhodes, IV, #39310
Assistant United States Attorney
Western District of Missouri
Organized Crime Strike Force Unit

JS 45 (1/96)

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*

# CRIMINAL CASE COVER SHEET

**Division of Filing**            **Place of Offense**      **Matter to be Sealed**
☐   Western        ☐   St. Joseph      Jackson       ☐   Secret Indictment
☐   Central        ☐   Southern        County        ☐   Juvenile
☐   Southwestern

**Defendant Information**
Defendant Name          Joseph R. Grooms
Alias Name
Birthdate               XX/XX/1976

**Related Case Information**
Superseding Indictment/Information      ☐Yes      ☐No
                                        if yes, original case number
New Defendant                           ☐Yes          ☐No
Prior Complaint Case Number, if any

**U.S. Attorney Information**
AUSA   Rudolph R. Rhodes, IV

**Interpreter Needed**
☐   Yes        Language and/or dialect
☐   No

**Location Status**
Arrest Date
☐   Currently in Federal Custody
☐   Currently in State Custody       Writ Required ☐ Yes   ☐ No
☐   Currently on bond

**U.S.C. Citations**
Total # of Counts        3

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|-----|------------------------------|-------------------------------|----------|
| 1   | 18:922G.F/7830/4             | Unlawful Transport of Firearms, etc | 1   |
| 2   | 21:841A.F/6801/4             | Controlled Substance - Sell, Distribute, or Dispense | 2-3 |
| 3   |                              |                               |          |

(May be continued on reverse)

Date     06/07/05        Signature of AUSA    /s/Rudolph R. Rhodes, IV

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|-----|------------------------------|-------------------------------|----------|
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § |
| JOSEPH RANSOM GROOMS, | § |
| | § |
| | § |

**AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number: **4:05-00207-01-CR-W-RK**
USM Number: **18727-045**
<u>**Laine T. Cardarella, AFPD**</u>
Defendant's Attorney

**Date of Original Judgment: 02/12/2007**
**Reason for Amendment:**
☒ Direct Motion to District Court Pursuant to 28 U.S.C. § 2255.

## THE DEFENDANT:

| ☒ | plead guilty to Count(s) 1 thru 3 of the Indictment on 09/12/2006, before the Honorable Dean Whipple. |
|---|---|

The defendant is adjudicated guilty of these offenses:

| <u>Title & Section / Nature of Offense</u> | <u>Offense Ended</u> | <u>Count</u> |
|---|---|---|
| 18 U.S.C. 922(g)(1) and 924(a)(2) – Felon in Possession of Firearms | 01/28/05 | 1 |
| 21 U.S.C. 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine | 01/28/05 | 2 |
| 21 U.S.C. 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Methamphetamine | 01/28/05 | 3 |

  The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

  It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

<u>**June 5, 2019**</u>
Date of Imposition of Judgment

<u>**s/ Roseann A. Ketchmark**</u>
Signature of Judge

**ROSEANN A. KETCHMARK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

<u>**June 5, 2019**</u>
Date

AO 245B (Rev. TXN 2/18) Amended Judgment in a
Criminal Case

Judgment -- Page 2 of 6

DEFENDANT:      **JOSEPH RANSOM GROOMS**
CASE NUMBER:      4:05-00207-01-CR-W-RK

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**120 months on Count 1, and 151 months on each of Counts 2 and 3, all to be served concurrently, for a total term of imprisonment of 151 months.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to ____

at _____, with a certified copy of this judgment.

_____
U.S. MARSHAL

_____
DEPUTY U.S. MARSHAL

AO 245B (Rev. TXN 2/18) Amended Judgment in a
Criminal Case

Judgment -- Page 3 of 6

DEFENDANT:       **JOSEPH RANSOM GROOMS**
CASE NUMBER:      4:05-00207-01-CR-W-RK

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  **Three (3) years on each
of Counts 1, 2 and 3, the terms to run concurrently.**

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.

2.   You must not unlawfully possess a controlled substance.

3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of
     release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

     ☐   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of
         future substance abuse. (*check if applicable*)

4.   ☐   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a
         sentence of restitution. (*check if applicable*)

5.   ☒   You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et
         seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which
         you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.   ☐   You must participate in an approved program for domestic violence. (*check if applicable*)

     You must comply with the standard conditions that have been adopted by this court as well as with any additional
conditions on the attached page.

AO 245B (Rev. TXN 2/18) Amended Judgment in a
Criminal Case

Judgment -- Page 4 of 6

DEFENDANT:          **JOSEPH RANSOM GROOMS**
CASE NUMBER:        4:05-00207-01-CR-W-RK
## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at www.txnp.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. TXN 2/18) Amended Judgment in a
Criminal Case

Judgment -- Page 5 of 6

DEFENDANT:       **JOSEPH RANSOM GROOMS**
CASE NUMBER:     4:05-00207-01-CR-W-RK

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall successfully participate in a substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office, and pay any associated costs as directed by the Probation Office.

2.  The defendant shall not consume or possess alcoholic beverages or beer, including 3.2 percent beer, at any time, or enter into any establishment where alcohol is the primary item for sale.

3.  The defendant shall submit his person, residence, office or vehicle to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

4.  The defendant shall successfully participate in any mental health counseling program, as approved by the Probation Office, and pay any associated costs, as directed by the Probation Office.

5.  The defendant shall only take medications as prescribed by a doctor.

# ACKNOWLEDGMENT OF CONDITIONS

I have read or have read the conditions of supervision set forth in this judgment and I fully understand them.  I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____          _____
DEFENDANT                                         DATE


_____          _____
UNITED STATES PROBATION OFFICER                   DATE

AO 245B (Rev. TXN 2/18) Amended Judgment in a
Criminal Case

Judgment -- Page 6 of 6

DEFENDANT: **JOSEPH RANSOM GROOMS**
CASE NUMBER: 4:05-00207-01-CR-W-RK

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments section.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $300.00 |  | $0 | $0 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒   Lump sum payments of $300.00 due immediately.   **It is ordered that the Defendant shall pay to the United States a special assessment of** $300.00 **which shall be due immediately.   Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The Court finds that the defendant does not have the ability to pay a fine, the fine is waived.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court.

# U.S. District Court
## Western District of Missouri (Kansas City)
## CRIMINAL DOCKET FOR CASE #: 4:05-cr-00207-RK-1

Case title: USA v. Grooms

Date Filed: 06/07/2005

Related  Case: 4:16-cv-00691-RK

Date Terminated: 02/23/2007

---

Assigned to: District Judge Roseann Ketchmark

Appeals court case numbers: 07-1384 8th Circuit
Court of Appeals, 19-2257 8th Circuit Court of
Appeals

**Defendant (1)**

| | | |
|---|---|---|
| **Joseph R Grooms**<br>*TERMINATED: 02/23/2007* | represented by | **Carl Ernest Cornwell**<br>Carl E. Cornwell, Attorney at Law<br>142 North Cherry Street<br>Olathe, KS 66061<br>(913) 254-7600<br>Fax: (913) 254-7602<br>Email: carl@carlcornwell.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Active* |
| | | **Laine T Cardarella**<br>Federal Public Defender's Office - KCMO<br>Walnut Street<br>1000 Walnut<br>Ste. 600<br>Kansas City, MO 64106<br>816-471-8282<br>Email: laine_cardarella@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
| | | **Larry Pace**<br>Federal Public Defender's Office - KCMO<br>818 Grand Avenue<br>Suite 300<br>Kansas City, MO 64106<br>816-471-8282<br>Fax: 816-471-8008<br>Email: leticia_robinett@fd.org<br>*TERMINATED: 12/28/2005*<br>*LEAD ATTORNEY*<br>*Designation: Public Defender or Community* |

*Defender Appointment*
*Bar Status: Inactive*

| **Pending Counts** | **Disposition** |
|---|---|
| | **RE-SENTENCE:** Bureau of Prisons for a term of 120 months on Count 1, and 151 months on each of Counts 2 and 3, all to be served concurrently, for a total term of imprisonment of 151 months. Supervised release of 3 years on each of Counts 1, 2 and 3, the terms to run concurrently. |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC.<br>(1) | **ORIGINAL SENTENCE**: The defendant pleaded guilty to Count 1, 2 and 3 on September 12, 2006 of the Indictment. IMPRISONMENT: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 188 Months on Counts 1, 2 and 3, to be served concurrently with one another. The Court recommends to the Bureau of Prisons: The Court recommends that the defendant be incarcerated at Leavenworth, Kansas. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term 5 years on Counts 1, 2 and 3, the terms to run concurrently with one another. Standard and additional conditions of supervision are requested. CRIMINAL MONETARY PENALTIES: $300.00 MSA. No fine. No restitution. |
| | **RE-SENTENCE:** Bureau of Prisons for a term of 120 months on Count 1, and 151 months on each of Counts 2 and 3, all to be served concurrently, for a total term of imprisonment of 151 months. Supervised release of 3 years on each of Counts 1, 2 and 3, the terms to run concurrently. |
| CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE<br>(2-3) | The defendant pleaded guilty to Count 1, 2 and 3 on September 12, 2006 of the Indictment. IMPRISONMENT: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 188 Months on Counts 1, 2 and 3, to be served concurrently with one another. The Court recommends to the Bureau of Prisons: The Court recommends that the defendant be incarcerated at Leavenworth, Kansas. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term 5 years on Counts 1, 2 and 3, the terms to run concurrently |

with one another. Standard and additional conditions of supervision are requested. CRIMINAL MONETARY PENALTIES: $300.00 MSA. No fine. No restitution.

## Highest Offense Level (Opening)

Felony

## Terminated Counts                                              Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                                                         Disposition

None

---

**Plaintiff**

**USA**                                    represented by   **Rudolph Robert Rhodes , IV**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
816-426-4293
Fax: 816-426-3126
Email: rudolph.rhodes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

[Email All Attorneys]

[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2005 | 1 | INDICTMENT - **THIS IS A REDACTED VERSION OF THE DOCUMENT IN COMPLIANCE WITH THE PRIVACY POLICY OF NOVEMBER 1, 2004.** as to Joseph R Grooms (1) count(s) 1, 2-3. (Attachments: # 1 Criminal Cover Sheet) (Kee, Georgia) (Entered: 06/09/2005) |
| 06/07/2005 | 2 | UNREDACTED INDICTMENT (SEALED)as to Joseph R Grooms. (Kee, Georgia) (Entered: 06/09/2005) |
| 12/23/2005 | 3 | MOTION for detention hearing by USA as to Joseph R Grooms. Suggestions in opposition/response due by 1/9/2006 unless otherwise directed by the court (Rhodes, Rudolph) (Entered: 12/23/2005) |
| 12/23/2005 | 4 | MOTION to continue detention hearing by USA as to Joseph R Grooms. Suggestions in opposition/response due by 1/9/2006 unless otherwise directed by the court (Rhodes, Rudolph) (Entered: 12/23/2005) |
| 12/23/2005 |  | ARREST of Joseph R Grooms on 12/23/05. (Rowland, Bonnie) (Entered: 12/23/2005) |

| 12/23/2005 | 5 | Minute Entry for proceedings held before Judge John T. Maughmer for Sarah W. Hays:INITIAL APPEARANCE as to Joseph R Grooms held on 12/23/2005. Financial affidavit taken; FPD's office appointed. Defendant returned to the custody of the U.S. Marshal pending Detention Hearing and Arraignment set for 12/28/2005 02:00 PM in Courtroom 6E, Kansas City (SWH) before Sarah Hays. (Court Reporter B. Rowland.) (Rowland, Bonnie) (Entered: 12/23/2005) |
|---|---|---|
| 12/23/2005 | 6 | AFFIDAVIT of Financial Status of Joseph R Grooms. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Rowland, Bonnie) (Entered: 12/23/2005) |
| 12/23/2005 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joseph R Grooms. Signed by Judge John T. Maughmer on December 23, 2005. (Rowland, Bonnie) (Entered: 12/23/2005) |
| 12/23/2005 | 8 | ORDER granting 3 motion motion for detention hearing and 4 motion to continue detention hearing as to Joseph R Grooms (1). Detentoin hearing set for Wednesday, December 28, 2005 @ 2:00 p.m. before Judge Sarah W. Hays. Signed by Judge John T. Maughmer on December 23, 2005. (Rowland, Bonnie) (Entered: 12/23/2005) |
| 12/23/2005 | 9 | ORDER AUTHORIZING TEMPORARY TRANSFER OF CUSTODY ON CONSENT as to Joseph R Grooms. Signed by Judge Sarah W. Hays on December 23, 2005. (Rowland, Bonnie) (Entered: 12/23/2005) |
| 12/27/2005 | 10 | ORDER REFERRING CASE to Magistrate Judge Sarah W. Hays signed by Judge Dean Whipple on 12/27/05. (McDowell, Shelly) (Entered: 12/27/2005) |
| 12/27/2005 | 14 | Arrest WARRANT RETURNED executed on 12/22/05 as to Joseph R Grooms. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Beard, Melanie) (Entered: 12/29/2005) |
| 12/28/2005 | 11 | Minute Entry for proceedings held before Judge Sarah W. Hays : Carl Cornwell appears for the defendant. Written order relieving the FPD to be issued. Arraignment as to Joseph R Grooms (1) Count 1,2-3 held on 12/28/2005. Trial set on the February 13, 2006 criminal trial docket; scheduling conference set for January 12, 2005 @ 11:00 a.m. DETENTION HEARING as to Joseph R Grooms held on 12/28/2005. Parties stipulate to the factual contents of the pretrial services report. No further evidence or argument presented. Defendant does not contest detention. Based on the information before the Court, the Court grants government's motoin for pretrial detention. Defendant remanded to the custody of the U.S. Marshal. Written order to be issued. (Court Reporter B. Rowland.) (Rowland, Bonnie) (Entered: 12/28/2005) |
| 12/28/2005 | 12 | ORDER terminating counsel as to Joseph R Grooms - Order terminating appointment of counsel ; representation by attorney Larry C Pace terminated. Signed by Judge Sarah W. Hays on December 28, 2005. (Rowland, Bonnie) (Entered: 12/28/2005) |
| 12/28/2005 | 13 | ORDER as to Joseph R Grooms: Scheduling Conference set for 1/12/2006 11:00 AM in Courtroom 6E, Kansas City (SWH) before Sarah Hays. Signed by Judge Sarah W. Hays on December 28, 2005. (Rowland, Bonnie) (Entered: 12/28/2005) |
| 01/03/2006 | 15 | NOTICE OF ATTORNEY APPEARANCE Carl Ernest Cornwell appearing for Joseph R Grooms (Cornwell, Carl) (Entered: 01/03/2006) |
| 01/10/2006 | 16 | MOTION to continue *Trial* by Joseph R Grooms. Suggestions in opposition/response due by 1/25/2006 unless otherwise directed by the court (Cornwell, Carl) (Entered: 01/10/2006) |
| 01/12/2006 | 17 | Minute Entry for proceedings held before Judge Sarah W. Hays :SCHEDULING CONFERENCE as to Joseph R Grooms held on 1/12/06. Government counsel present in person; defendant present in custody with counsel. Defense counsel gives further explanation as to why continuance of trial from the February 13, 2006 trial docket is necessary. There being no objection from government counsel or defendant, trial is continued until the criminal trial docket set to commence on April 24, 2006. Discovery issues discussed. Defendant is given up to and including February 8, 2006 to file pretrial motions; government responses due within twelve days from the filing of the pretrial motion(s). If pretrial motions hearing is needed, counsel are to contact chambers for a setting when motion is filed. |

| | | Defendant returned to the custody of the U.S. Marshal. Written Trial Scheduling order to be issued. (Court Reporter Dorothy Myers.) (Myers, Dorothy) (Entered: 01/12/2006) |
|---|---|---|
| 01/17/2006 | 18 | ORDER FOR DETENTION as to Joseph R Grooms Signed by Judge Sarah W. Hays on 1/17/2006. (Gicinto, JoRita) (Entered: 01/17/2006) |
| 01/20/2006 | 19 | SCHEDULING AND TRIAL ORDER granting 16 motion to continue as to Joseph R Grooms (1) Accelerated Jury Trial set for 4/24/2006 09:00AMin Courtroom 8B, Kansas City (DW) before Dean Whipple. Pretrial conference is set April 4, 2006 before Judge Sarah W. Hays. Pretrial motions shall be filed on or before **February 8, 2006**. Suggestion in opposition shall be filed **within 12 days from the date the motion is filed.** SEE ORDER FOR ADDITIONAL DEADLINES. Signed by Judge Sarah W. Hays on 1/20/2006. (Gicinto, JoRita) (Entered: 01/20/2006) |
| 02/07/2006 | 20 | MOTION to suppress *items seized from defendant's vehicle* by Joseph R Grooms. Suggestions in opposition/response due by 2/22/2006 unless otherwise directed by the court (Cornwell, Carl) (Entered: 02/07/2006) |
| 02/08/2006 | | NOTICE OF HEARING as to Joseph R Grooms This is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. SUPPRESSION HEARING set for 3/2/2006 01:30 PM in Courtroom 6E, Kansas City (SWH) before Sarah Hays. (Gicinto, JoRita) (Entered: 02/08/2006) |
| 02/21/2006 | 21 | MOTION for extension of time to file response/reply as to 20 MOTION to suppress *items seized from defendant's vehicle* by USA as to Joseph R Grooms. Suggestions in opposition/response due by 3/8/2006 unless otherwise directed by the court (Rhodes, Rudolph) (Entered: 02/21/2006) |
| 02/27/2006 | 22 | ORDER granting 21 motion for extension of time to file response/reply as to Joseph R Grooms (1). The Government shall file its reponse to defendant's motion to suppress by February 28, 2006. Signed by Judge Sarah W. Hays on 2/27/2006. (Gicinto, JoRita) (Entered: 02/27/2006) |
| 02/28/2006 | 23 | SUGGESTIONS in opposition by USA as to Joseph R Grooms re 20 MOTION to suppress *items seized from defendant's vehicle* Reply suggestions due by 3/15/2006 unless otherwise directed by the court (Rhodes, Rudolph) (Entered: 02/28/2006) |
| 03/02/2006 | 24 | Minute Entry for proceedings held before Judge Sarah W. Hays :EVIDENTIARY HEARING as to Joseph R Grooms held on 3/2/2006; Parties present in person and with counsel ready to proceed with hearing on defendant's motion to suppress evidence. Plaintiff's Witnesses: John Dawdy and David BodenhamerExhibits Admitted: Plaintiff's 1-4 At the close of evidence, the Court took the matter under advisement and will issue a Report and Recommendation to the District Court. (Court Reporter Dorothy Myers.) (Myers, Dorothy) (Entered: 03/03/2006) |
| 03/02/2006 | 25 | EXHIBIT INDEX by USA for suppression hearing. (Myers, Dorothy) (Entered: 03/03/2006) |
| 03/08/2006 | 26 | TRANSCRIPT of Motion to Supress as to Joseph R Grooms held on 3/2/06 before Judge Sarah W. Hays. Court Reporter: Lissa C. Whittaker. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Carr, Lori) (Crespo, Wil). Modified on 3/15/2012 (Crespo, Wil). The transcript, which was originally referred to in the docket entry, was scanned and attached to the filing on 3/15/12. There is no transcript to this filing being kept in the Clerk's Office. (Entered: 03/09/2006) |
| 03/20/2006 | 27 | ORDER setting pretrial conference as to Joseph R Grooms Pretrial Conference set for 4/4/2006 10:40 AM in Courtroom 6E, Kansas City (SWH) before Sarah Hays. Signed by Judge Sarah W. Hays on 3/20/2006. (Gicinto, JoRita) (Entered: 03/20/2006) |
| 04/04/2006 | 28 | Minute Entry for proceedings held before Judge Sarah W. Hays : PRETRIAL CONFERENCE as to Joseph R Grooms held on 4/4/2006; The Pretrial Conference was held but defense counsel advised the Court that they would be filing immediately a motion to continue this matter until the May trial docket. (Court Reporter Dorothy Myers.) (Myers, Dorothy) (Entered: 04/04/2006) |
| 04/04/2006 | 29 | MOTION to continue *Trial* by Joseph R Grooms. Suggestions in opposition/response due by 4/19/2006 unless otherwise directed by the court (Cornwell, Carl) (Entered: 04/04/2006) |

| | | |
|---|---|---|
| 04/05/2006 | 30 | REPORT AND RECOMMENDATIONS as to Joseph R Grooms - RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order denying defendant's Motion to Suppress Items Seized From Defendant's Vehicle (doc #20) **Objections to R&R due by 4/19/2006** Signed by Judge Sarah W. Hays on 4/5/2006. (Gicinto, JoRita) (Entered: 04/05/2006) |
| 04/06/2006 | 31 | PROPOSED WITNESS LIST by USA as to Joseph R Grooms (Rhodes, Rudolph) (Entered: 04/06/2006) |
| 04/20/2006 | 32 | ORDER - granting defendant's 29 motion to continue as to Joseph R Grooms (1) Case set for jury trial which commences on 5/22/2006 at 9:00 A.M. in Courtroom 8B, Kansas City, MO. before Dean Whipple. Signed by Judge Dean Whipple on 4/20/2006. (Johnson, Yvonne) (Entered: 04/20/2006) |
| 04/25/2006 | 33 | ORDER setting pretrial conference as to Joseph R Grooms Pretrial Conference set for 5/9/2006 09:20 AM in Courtroom 6E, Kansas City (SWH) before Sarah Hays. (Gicinto, JoRita) (Entered: 04/25/2006) |
| 05/01/2006 | 34 | ORDER - adopting Report and Recommendations re 30 as to Joseph R Grooms (1); denying 20 motion to suppress as to Joseph R Grooms (1). Signed by Judge Dean Whipple on 5/1/2007. (Johnson, Yvonne) (Entered: 05/02/2006) |
| 05/05/2006 | 35 | MOTION to continue *Trial* by Joseph R Grooms. Suggestions in opposition/response due by 5/22/2006 unless otherwise directed by the court (Cornwell, Carl) (Entered: 05/05/2006) |
| 05/23/2006 | 36 | ORDER - granting defendant's 35 motion to continue as to Joseph R Grooms (1) Jury Trial set for 6/19/2006 at 9:00 A.M. in Courtroom 8B, Kansas City, MO. before Dean Whipple. Signed by Judge Dean Whipple on 5/23/2006. (Johnson, Yvonne) (Entered: 05/23/2006) |
| 05/24/2006 | 37 | ORDER setting pretrial conference as to Joseph R Grooms Pretrial Conference set for 6/6/2006 09:20 AM in Courtroom 6E, Kansas City (SWH) before Sarah Hays. Signed by Judge Sarah W. Hays on 5/24/2006. (Gicinto, JoRita) (Entered: 05/24/2006) |
| 06/05/2006 | 38 | MOTION to continue by Joseph R Grooms. Suggestions in opposition/response due by 6/20/2006 unless otherwise directed by the court (Cornwell, Carl) (Entered: 06/05/2006) |
| 06/05/2006 | 39 | NOTICE OF HEARING as to Joseph R Grooms This is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Change of Plea Hearing set for 7/13/2006 at 11:00 A.M. in Courtroom 8B, Kansas City, MO. before Dean Whipple. (Johnson, Yvonne) (Entered: 06/05/2006) |
| 06/16/2006 | 40 | ORDER - granting defendant's 38 motion to continue as to Joseph R Grooms (1) Jury Trial set for 7/24/2006 at 9:00 A.M. in Courtroom 8B, Kansas City, MO. before Dean Whipple. Signed by Judge Dean Whipple on 6/16/2006. (Johnson, Yvonne) (Entered: 06/16/2006) |
| 07/11/2006 | | ***Remark as to Joseph R Grooms: CHANGE OF PLEA SET FOR 7/13/2006 AT 11:00 A.M. HAS BEEN CANCELLED AND WILL BE RESCHEDULED AT A LATER DATE. (Johnson, Yvonne) (Entered: 07/11/2006) |
| 07/19/2006 | 41 | MOTION to continue *Trial* by Joseph R Grooms. Suggestions in opposition/response due by 8/3/2006 unless otherwise directed by the court (Cornwell, Carl) (Entered: 07/19/2006) |
| 07/21/2006 | 42 | ORDER granting 41 motion to continue trial from the July 24, 2006 criminal trial docket as to Joseph R Grooms (1). Trial is hereby set on the criminal trial docket commencing August 28, 2006. See order for additional details. Signed by Judge Sarah W. Hays on July 21, 2006. (Rowland, Bonnie) (Entered: 07/21/2006) |
| 08/02/2006 | 43 | ORDER setting pretrial conference as to Joseph R Grooms set for 8/15/2006 at 09:20 AM in Courtroom 6E, Kansas City (SWH) before Sarah Hays. (Kee, Georgia) (Entered: 08/02/2006) |
| 08/14/2006 | 44 | MOTION to continue *Trial* by Joseph R Grooms. Suggestions in opposition/response due by 8/29/2006 unless otherwise directed by the court (Cornwell, Carl) (Entered: 08/14/2006) |

| 08/14/2006 | 45 | AMENDED NOTICE OF HEARING as to Joseph R Grooms This is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Change of Plea Hearing set for 9/14/2006 at 10:30 A.M. in Courtroom 8B, Kansas City, MO. before Dean Whipple. (Johnson, Yvonne) (Entered: 08/14/2006) |
| --- | --- | --- |
| 08/17/2006 | 46 | ORDER - granting defendant's 44 motion to continue as to Joseph R Grooms (1) Jury Trial set for 10/2/2006 9:00 A.M. in Courtroom 8B, Kansas City, MO. before Dean Whipple. Counsel are advised that no further continuances will be entertained. Signed by Judge Dean Whipple on 8/17/2006. (Johnson, Yvonne) (Entered: 08/17/2006) |
| 08/18/2006 | 47 | AMENDED NOTICE OF HEARING as to Joseph R Grooms This is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Change of Plea Hearing set for 9/12/2006 at 9:30 A.M. in Courtroom 8B, Kansas City, MO. before Judge Dean Whipple on 8/18/2006. (Johnson, Yvonne) (Entered: 08/18/2006) |
| 09/12/2006 | 48 | Minute Entry for proceedings held before Judge Dean Whipple: CHANGE OF PLEA HEARING as to Joseph R. Grooms held on 9/12/2006, Plea entered by Joseph R. Grooms (1) Guilty to Counts 1,2-3. (Court Reporter D. Lamken.) (Johnson, Yvonne) (Entered: 09/13/2006) |
| 09/12/2006 | 49 | PLEA AGREEMENT (SEALED) as to Joseph R Grooms. (Carr, Lori) (Entered: 09/14/2006) |
| 12/05/2006 | 50 | NOTICE OF HEARING as to Joseph R Grooms This is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Sentencing set for 2/9/2007 at 10:45 A.M. in Courtroom 8B, Kansas City, MO. before Judge Dean Whipple. (Johnson, Yvonne) (Entered: 12/05/2006) |
| 02/09/2007 | 51 | AMENDED NOTICE OF HEARING as to Joseph R Grooms This is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Sentencing set for 2/12/2007 at 1:30 P.M. in Courtroom 8B, Kansas City, MO. before Judge Dean Whipple. (Johnson, Yvonne) (Entered: 02/09/2007) |
| 02/12/2007 | 54 | Minute Entry for proceedings held before Judge Dean Whipple : SENTENCING held on 2/12/2007 for Joseph R Grooms. (Court Reporter D. Lamken.) (Carr, Lori) (Entered: 02/26/2007) |
| 02/20/2007 | 52 | NOTICE OF APPEAL by Joseph R Grooms Filing fee $ 455, receipt number 1458368. (Cornwell, Carl) (Entered: 02/20/2007) |
| 02/20/2007 | 53 | Transmission of Notice of Appeal and docket sheet as to Joseph R Grooms to US Court of Appeals re 52 Notice of Appeal - Final Judgment (Crespo, Wil) (Entered: 02/20/2007) |
| 02/20/2007 |  | ***Appeal Receipt of Notice of Appeal and supporting documents received by USCA on: Tue Feb 20 14:13:27 CST 2007 (Crespo, Wil) (Entered: 02/20/2007) |
| 02/23/2007 | 55 | JUDGMENT and COMMITMENT as to Joseph R Grooms (1), Count(s) 1, 2-3, The defendant pleaded guilty to Count 1, 2 and 3 on September 12, 2006 of the Indictment. IMPRISONMENT: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 188 Months on Counts 1, 2 and 3, to be served concurrently with one another. The Court recommends to the Bureau of Prisons: The Court recommends that the defendant be incarcerated at Leavenworth, Kansas. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: Upon release from imprisonment, the defendant shall be on supervised release for a term 5 years on Counts 1, 2 and 3, the terms to run concurrently with one another. Standard and additional conditions of supervision are requested. CRIMINAL MONETARY PENALTIES: $300.00 MSA. No fine. No restitution. Signed by Judge Dean Whipple on 2/23/07. (Carr, Lori) (Entered: 02/26/2007) |
| 02/26/2007 | 56 | Transmission of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail as to Joseph R Grooms to US Court of Appeals. Related Document 52 Notice of Appeal - Final Judgment. (Crespo, Wil) (Entered: 02/26/2007) |
| 02/26/2007 |  | ***Appeal Receipt of Notice of Appeal and supporting documents received by USCA on: Mon Feb 26 10:08:15 CST 2007 (Court of Appeals1, ) (Entered: 02/26/2007) |

| | | |
|---|---|---|
| 02/28/2007 | 57 | USCA Case Number from 8th Circuit Court of Appeals is 07-1384 for 52 Notice of Appeal - Final Judgment filed by Joseph R Grooms as to Joseph R Grooms. Briefing schedule entered by the Court of Appeals is attached. Appeal Record due by 3/20/2007. Transcript due by 3/20/2007. (Attachments: # 1)(Crespo, Wil) (Entered: 02/28/2007) |
| 03/15/2007 | 58 | Certified and transmitted record on Appeal as to Joseph R Grooms to US Court of Appeals re 52 Notice of Appeal - Final Judgment (Crespo, Wil) (Entered: 03/15/2007) |
| 03/21/2007 | 59 | TRANSCRIPT of Change of Plea Hearing as to Joseph R Grooms held on September 12, 2006 before Judge Dean Whipple. Court Reporter: Sandra D. Lamken. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Baldwin, Joella) (Crespo, Wil). Modified on 6/18/2013 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 6/18/13. There is no document to this filing being kept in the Clerk's Office. (Entered: 03/21/2007) |
| 03/21/2007 | 60 | TRANSCRIPT of Sentencing as to Joseph R Grooms held on February 12, 2007 before Judge Dean Whipple. Court Reporter: Sandra D. Lamken. This is a text entry only - no document is attached. The transcript is available for review in the Clerk's Office. Please contact the court reporter listed above for copies. (Baldwin, Joella) (Crespo, Wil). Modified on 6/18/2013 (Crespo, Wil). The main document, which was originally filed in paper in the Clerks Office has been scanned and attached to the entry on 6/18/13. There is no document to this filing being kept in the Clerk's Office. (Entered: 03/21/2007) |
| 03/22/2007 | | ***Appeals Remark as to Joseph R Grooms: Mailed this date to the 8th Circuit Court of Appeals transcripts Doc #59 & 60. (Crespo, Wil) (Entered: 03/22/2007) |
| 04/06/2007 | 61 | Supplemental Certified and transmitted record on Appeal as to Joseph R Grooms to US Court of Appeals re 52 Notice of Appeal - Final Judgment (Crespo, Wil) (Entered: 04/06/2007) |
| 04/06/2007 | 62 | Amended Supplemental Certified and transmitted record on Appeal as to Joseph R Grooms to US Court of Appeals re 52 Notice of Appeal - Final Judgment, added the Judgment & Commitment and the Change of Plea Transcript. (Crespo, Wil) (Entered: 04/06/2007) |
| 06/28/2007 | 63 | AMENDED JUDGMENT AND COMMITMENT as to Joseph R Grooms (1), Count(s) 1, 2, and 3: on the Additional Conditions - Shall satisfy warrant within 90 days. Signed by Judge Dean Whipple on 6/28/07. (Kee, Georgia) (Entered: 06/29/2007) |
| 11/06/2007 | 64 | JUDGMENT AND/OR OPINION of USCA as to Joseph R Grooms re 52 Notice of Appeal - Final Judgment **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the mandate is issued by the appellate court. It is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.** (Attachments: # 1)(Crespo, Wil) (Entered: 11/06/2007) |
| 11/28/2007 | 65 | MANDATE of USCA as to Joseph R Grooms re 52 Notice of Appeal - Final Judgment with mandate issued on 11/28/07. (Crespo, Wil) (Entered: 11/28/2007) |
| 01/16/2008 | | ***Appeals Remark as to Joseph R Grooms: Received this date from the 8th Circuit Court of Appeals transcripts Doc #26, 59, & 60. (Crespo, Wil) (Entered: 01/16/2008) |
| 02/04/2008 | | ***Appeals Remark as to Joseph R Grooms: WRIT OF CERTIORARI FILED by US Supreme Court as to Joseph R Grooms re 52 Notice of Appeal - Final Judgment U. S. Supreme Court Case Number 07-9086, filed on 1/16/08. (Crespo, Wil) (Entered: 02/04/2008) |
| 12/15/2008 | 66 | JUDGMENT RETURNED executed as to Joseph R Grooms on 11/20/2008. This document contains original signatures of non attorneys and is being maintained in a paper file at the court.(Baldwin, Joella) (Entered: 12/15/2008) |
| 05/27/2009 | | WRIT OF CERTIORARI Issued as to Joseph R Grooms. 8th Circuit Court of Appeals Case Number: 07-1384. Supreme Court Case Number: 07-9086. Order dated 5/18/09. (Crespo, Wil) (Entered: 05/27/2009) |

| | | |
|---|---|---|
| 07/21/2009 | 67 | ORDER of USCA (certified copy) as to Joseph R Grooms re 52 Notice of Appeal - Final Judgment: Pursuant to the judgment of the United States Supreme Court dated May 18, 2009, this court's judgment dated 11/06/2007, is vacated, the mandate is hereby recalled, and the case is reopened. (Crespo, Wil) (Entered: 07/21/2009) |
| 01/25/2010 | 68 | ORDER of USCA (certified copy) as to Joseph R Grooms: The court's opinion of November 6, 2007, is hereby vacated. The parties are directed to file supplemental briefs on the application of Arizona v. Gant, 129 S. Ct. 1710 (2009) to the facts of this case. (Crespo, Wil) (Entered: 01/25/2010) |
| 04/28/2010 | 69 | JUDGMENT AND/OR OPINION of USCA as to Joseph R Grooms re 52 Notice of Appeal - Final Judgment **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the mandate is issued by the appellate court. It is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed.** (Attachments: # 1 Opinion)(Crespo, Wil) (Entered: 04/28/2010) |
| 06/16/2010 | 70 | MANDATE of USCA as to Joseph R Grooms re 52 Notice of Appeal - Final Judgment with mandate issued on 6/16/10. (Crespo, Wil) (Entered: 06/16/2010) |
| 11/10/2010 | | WRIT OF CERTIORARI Petition filed on 9/2/10 as to Joseph R Grooms. 8th Circuit Court of Appeals Case Number: 07-1384. This is a text entry only. There is no document attached. (Crespo, Wil) (Entered: 11/10/2010) |
| 11/10/2010 | | WRIT OF CERTIORARI Denied as to Joseph R Grooms. 8th Circuit Court of Appeals Case Number: 07-1384. Supreme Court Case Number: 10-6324. Order dated 10/12/10. (Crespo, Wil) (Entered: 11/10/2010) |
| 03/17/2011 | 72 | ORDER - This order shall serve as the response to the correspondence dated January 8, 2011 that Defendant sent to the Court (Doc. 71). The Clerk of the Court is directed to mail a copy of this Order via certified mail to Defendant. Signed on 03/17/2011 by District Judge Dean Whipple.(Willis, Kathy) Modified on 3/18/2011 to reflect that a copy of the Order was sent via certified mail to Joseph R. Grooms, tracking #7002 2410 0001 5861 7154 (Wheeler, LaTandra). (Entered: 03/17/2011) |
| 10/03/2011 | 73 | MOTION to vacate under 28 U.S.C. 2255 filed by Joseph R Grooms. (Attachments: # 1 Memorandum of facts and law in support of 2255 motion)(Thoennes, Cindy) Civil case 4:11-cv-01018-DW opened. (Entered: 10/06/2011) |
| 06/26/2016 | 75 | MOTION to vacate under 28 U.S.C. 2255 by Joseph R Grooms. Suggestions in opposition/response due by 7/14/2016 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit A)(Attorney Laine T Cardarella added to party Joseph R Grooms(pty:dft))(Cardarella, Laine) Civil case 4:16-cv-00691-DW opened. (Entered: 06/26/2016) |
| 05/10/2017 | 76 | ADMINISTRATIVE TRANSFER as to Joseph R Grooms. With the consent the Honorable Dean Whipple, this case was randomly reassigned to the Honorable Roseann Ketchmark for all further proceedings. **Please note the new case number: 4:05-00207-01-CR-W-RK.** This is a TEXT ONLY ENTRY. No document is attached. (Jones, Robin) (Entered: 05/10/2017) |
| 08/20/2018 | 77 | NOTICE OF HEARING as to Joseph R Grooms. This is the official notice for this hearing. Oral Argument set re: 75 MOTION to vacate under 28 U.S.C. 2255 for 12/18/2018 09:30 AM in Courtroom 8E, Kansas City (RK) before District Judge Roseann Ketchmark. Signed on August 20, 2018 by District Judge Roseann Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Wheeler, LaTandra) (Entered: 08/20/2018) |
| 11/30/2018 | 80 | **updated NOTICE OF HEARING - (time change only)** as to Joseph R Grooms. This is the official notice for this hearing. **Oral Argument re: 2255 Motion set for 12/18/2019 09:00 AM** in Courtroom 8E, Kansas City (RK) before District Judge Roseann Ketchmark. Signed on November 30, 2018 by District Judge Roseann Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Wheeler, LaTandra) (Entered: 11/30/2018) |
| 11/30/2018 | 81 | **corrected NOTICE OF HEARING - (date modified)** as to Joseph R Grooms. This is the official notice for this hearing. **Oral Argument set for 12/18/2018 09:00 AM** in Courtroom 8E, Kansas City (RK) before District Judge Roseann Ketchmark. Signed on November 30, 2018 by District |

Case 2:18-cr-80012-JPC-a DOCUMENT ONLY - No document attached. (Wheeler, LaTandra) (Entered: 11/30/2018)

| | | |
|---|---|---|
| 12/18/2018 | 82 | Minute Entry for proceedings held before District Judge Roseann Ketchmark: ORAL ARGUMENT held on 12/18/18. Counsel appearing for USA: James C. Bohling. Counsel appearing for Defendant: Laine T. Cardarella. Pretrial/Probation Officer: Leigh A. Whitworth. Time in court: 9:15 a.m. to 9:41 a.m. Arguments held on the record. The court grants defendant's MOTION to vacate under 28 U.S.C. 2255 as stated on the record and a re-sentencing will be set. Written Order to follow.To order a transcript of this hearing please contact Jean Crawford, 816-512-5642. This is a TEXT ONLY ENTRY. No document is attached. (Wheeler, LaTandra) (Entered: 12/18/2018) |
| 12/19/2018 | 83 | ORDER granting 75 motion to vacate (2255) as to Joseph R Grooms (1). The Court will contact the parties to schedule a resentencing hearing at a mutually-agreeable date and time. Grooms shall remain in the custody of the Bureau of Prisons until the resentencing hearing. Signed on December 19, 2018 by District Judge Roseann Ketchmark. (Wheeler, LaTandra) Civil Case 4:16-cv-00691-RK closed. (Entered: 12/19/2018) |
| 02/12/2019 | 85 | NOTICE OF HEARING as to Joseph R Grooms. This is the official notice for this hearing. Re-Sentencing set for 4/23/2019 09:30 AM in Courtroom 8E, Kansas City (RK) before District Judge Roseann Ketchmark. Signed on February 12, 2019 by District Judge Roseann Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Wheeler, LaTandra) (Entered: 02/12/2019) |
| 02/14/2019 | 86 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Joseph R Grooms. Suggestions in opposition/response due by 2/28/2019 unless otherwise directed by the court. (Rhodes, Rudolph) (Entered: 02/14/2019) |
| 02/19/2019 | 87 | ORDER granting 86 motion for Writ of Habeas Corpus ad prosequendum as to Joseph R Grooms (1). Signed on February 19, 2019 by District Judge Roseann Ketchmark. (Wheeler, LaTandra) (Entered: 02/19/2019) |
| 02/19/2019 | | Writ of Habeas Corpus ad Prosequendum issued for April 23, 2019 at 9:30 a.m., as to Joseph R Grooms. This is a text entry only - no document is attached.(Wheeler, LaTandra) ***Certified copies of Writ, Order and Motion delivered to USM. (Entered: 02/19/2019) |
| 04/19/2019 | 88 | **updated NOTICE OF HEARING: (date and time change)** as to Joseph R Grooms. This is the official notice for this hearing. ReSentencing reset for 6/5/2019 09:30 AM in Courtroom 8E, Kansas City (RK) before District Judge Roseann Ketchmark. Signed on April 19, 2019 by District Judge Roseann Ketchmark. This is a TEXT ONLY ENTRY. No document is attached. (Wheeler, LaTandra) (Entered: 04/19/2019) |
| 06/02/2019 | 89 | SENTENCING MEMORANDUM by Joseph R Grooms. (Cardarella, Laine) (Main Document 89 replaced on 6/3/2019) (Crocker, Susan). (Entered: 06/02/2019) |
| 06/05/2019 | 90 | Minute Entry for proceedings held before District Judge Roseann Ketchmark: RE-SENTENCING held on 6/5/2019 for Joseph R Grooms (1). Time in court: 10:10 a.m. to 11:35 a.m. Defendant remanded to the custody of the U.S. Marshal. To order a transcript of this hearing please contact Jean Crawford, 816-512-5642, jean_crawford@mow.uscourts.gov. (Wheeler, LaTandra) (Entered: 06/05/2019) |
| 06/05/2019 | 91 | JUDGMENT AND COMMITMENT - RE-SENTENCING as to Joseph R Grooms (1), Count(s) 1, **RE-SENTENCE:** Bureau of Prisons for a term of 120 months on Count 1, and 151 months on each of Counts 2 and 3, all to be served concurrently, for a total term of imprisonment of 151 months. Supervised release of 3 years on each of Counts 1, 2 and 3, the terms to run concurrently. Signed on 6/5/2019 by District Judge Roseann Ketchmark.(Crocker, Susan) (Main Document 91 replaced on 6/7/2019) (Wheeler, LaTandra). (Entered: 06/05/2019) |
| 06/05/2019 | 92 | STATEMENT OF REASONS (Sealed) as to Joseph R Grooms.<br><br>Per United States Judicial Conference policy, only authorized recipients shall be provided a copy of the Statement of Reasons absent express prior written authorization from this Court. Distribution is limited to the applicable defense counsel, the AUSA, the Financial Litigation Unit of the U.S. |

Attorneys Office, and Probation Pretrial Services. Defense counsel are specifically prohibited from providing a copy of the Statement of Reasons to any defendant for any reason. Pro se defendants are also prohibited from obtaining a copy of the Statement of Reasons.

**NOTICE: Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. The case AUSA shall forward this document to the Financial Litigation Unit of the U.S. Attorney's Office.**

Signed on June 5, 2019 by District Judge Roseann Ketchmark.(Wheeler, LaTandra) (Entered: 06/06/2019)

| | | |
|---|---|---|
| 06/14/2019 | 93 | NOTICE OF APPEAL by Joseph R Grooms Filed in forma pauperis. **Filer certifies that transcripts have been or will be ordered.** (Cardarella, Laine) (Entered: 06/14/2019) |
| 06/14/2019 | 94 | Transmission of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail as to Joseph R Grooms to US Court of Appeals. Related Document 93 Notice of Appeal - Final Judgment. (Cole, Robert) (Entered: 06/14/2019) |
| 06/19/2019 | 95 | USCA Case Number from 8th Circuit Court of Appeals is 19-2257 for 93 Notice of Appeal - Final Judgment filed by Joseph R Grooms as to Joseph R Grooms. Briefing schedule entered by the Court of Appeals is attached. Transcript due by 7/5/2019. (Attachments: # 1 Schedule)(Cole, Robert) (Entered: 06/19/2019) |
| 07/05/2019 | 96 | ELECTRONIC TRANSCRIPT as to Joseph R Grooms of Re-Sentencing held 06/05/2019 before Judge Roseann Ketchmark. Court Reporter: Jean Crawford, 816-512-5642, jean_crawford@mow.uscourts.gov. Number of pages: 55. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. Notice of Intent to File Redaction of Transcripts due by 7/12/2019 unless otherwise directed by the court. Release of Transcript Restriction set for 9/30/2019.** (Crawford, Jean) (Entered: 07/05/2019) |
| 07/11/2019 | 97 | Transmitted documents on Appeal as to Joseph R Grooms to US Court of Appeals re 93 Notice of Appeal - Final Judgment (Terry, Jason) (Entered: 07/11/2019) |
| 09/17/2019 | 98 | JUDGMENT of USCA as to Joseph R Grooms re 93 Notice of Appeal - Final Judgment **This is a preliminary judgment of U.S. Court of Appeals; jurisdiction is not recovered until the mandate is issued by the appellate court.** The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b). (Terry, Jason) (Entered: 09/17/2019) |
| 09/17/2019 | 99 | MANDATE of USCA as to Joseph R Grooms re 93 Notice of Appeal - Final Judgment with mandate issued on 09/17/2019. (Terry, Jason) (Entered: 09/17/2019) |
| 01/03/2023 | 101 | SUPERVISED RELEASE JURISDICTION transferred to District of Kansas as to Joseph R Grooms. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Crocker, Susan) (Entered: 01/03/2023) |
| 01/03/2023 | 102 | Notice to District of Kansas of a Transfer of Jurisdiction as to Joseph R Grooms. If you require a copy of the financial ledger, please email your request to restitution@mow.uscourts.gov If you require certified copies of any documents, please send a request to kcgen@mow.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (Attachments: # 1 Appendix) (Crocker, Susan) (Entered: 01/03/2023) |